# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVE COLEMAN,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 69483

**FILED**

FEB 0 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to strike the State's response to the petitioner's motion for disqualification of district court judge. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Jennifer P. Togliatti, District Judge
       Steve Coleman
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

16-03318